**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 24-cv-23255-JB**

VICTOR ARIZA,

Plaintiff,

v.

STERLING JEWELERS, INC.
d/b/a KAY JEWELERS,

Defendant.
_______________________________/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** came before the Court on the Notice of Settlement filed by Plaintiff, in which he advises that the parties have reached a settlement in this case. ECF No. [6]. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The parties shall file a Joint Stipulation for Dismissal within **thirty (30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 16th day of September, 2024.

_______________________________
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**